IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BOWERS,<br><br>       *Plaintiff,*<br><br>v.<br><br>DAMON ROMEL LOVELL,<br><br>       *Defendant.* | CIVIL ACTION<br><br>NO. 22-4323 |

## ORDER

**AND NOW**, this 12th day of June 2023, upon consideration of Bowers's Motion to Accept Alternative Service of Process (ECF 6), it is hereby **ORDERED** that the Motion is **DENIED without prejudice** for the reasons discussed in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.